Submitted on record and appellant's brief February 24, reversed and remanded with directions to dismiss indictment March 1, 1976

STATE OF OREGON, *Respondent,*

*v.*

KENNETH DANIEL BAKER, *Appellant.*

(No. 75 1607, CA 5345)

546 P2d 479

Gary D. Babcock, Public Defender, and John K. Hoover, Deputy Public Defender, Salem, filed the brief for appellant.

Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Langtry and Foley, Judges.

PER CURIAM.

The state confesses error.

Reversed and remanded with directions to dismiss the indictment.